# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

MCALLEN DIVISION

DEC 14 2014

David J. Bradley, Clerk

UNITED STATES OF AMERICA

V.

Jose Eduardo Zarate-Mendoza *PRINCIPAL*
A206 880 017        YOB:        1974
Mexico

## CRIMINAL COMPLAINT

Case Number:

## M-14-2359-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 13, 2014** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Darwin Antonio Corrales-Montalvan, citizen and national of Nicaragua, and Daysi Vasquez-Canales, citizen and national of Honduras, along with four (4) other undocumented aliens, for a total of six (6), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Rio Grande City, Texas to the point of arrest near Rio Grande City, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)** **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On December 13, 2014, the Rio Grande City Border Patrol Station received a report of several subjects running north from the river. Agents who already near the area mentioned, saw several subjects running from the Rio Grande River and board a maroon Dodge Caravan. Agents conducted a traffic stop on the van, and an immigration inspection on all the van's occupants. The driver, later identified as Jose Eduardo ZARATE-Mendoza, was a Lawful Permanent Resident, and the 6 passengers in his van all claimed to be illegally in the United States.**

**All seven were transported to the Rio Grande Border Patrol Station for processing.**

Continued on the attached sheet and made a part of this complaint: ☒Yes ☐No

_____
Signature of Complainant

**Derek Conrow        Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**December 14, 2014** ____ 4:05 pm ____ at **McAllen, Texas**
Date                                                                City and State

**Peter E. Ormsby** , **U. S. Magistrate Judge**
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

**M-14-2359-M**

RE:      Jose Eduardo Zarate-Mendoza              A206 880 017

**CONTINUATION:**

**PRINCIPAL STATEMENT:**

Jose Eduardo ZARATE-Mendoza was read his rights. He stated he was willing to provide a statement without the presence of an attorney.

ZARATE told agents he needed money to pay bills, and a man who he does not know offered him $100 per illegal alien that he transported to a Stripes convenience store in Donna, Texas. He stated he did know they were illegal. In fact, the previous day he transported 5 illegal aliens from the same location and transported them to the Stripes in Donna.

**MATERIAL WITNESSES' STATEMENTS:**

Both material witnesses were read their rights. Both stated they were willing to provide statements without the presence of an attorney.

1- Darwin Antonio Corrales-Montalvan stated he was charged to be smuggled into the United States. Before crossing the river, the group received instructions from the foot guides. They were told to run up an incline, jump a fence, and wait next to a blue dumpster for a maroon vehicle. They did as they were told, and after approximately 2 minutes, a maroon van arrived and picked them up. The driver told the group to lay down, and drove away. Shortly after, Border Patrol stopped the vehicle. Corrales identified ZARATE in a photo lineup as the driver of the van.

2- Daysi Vasquez-Canales told agents she was unsure how much she was going to have to pay to be smuggled into the United States. After crossing the river, the group ran to a fence as instructed. There, an unidentified man, standing near a house motioned to the group to wait where they were. A maroon van arrived and picked up the group. Vasquez told agents the driver did not say anything to the group, but he drove off after everyone was in the vehicle. Vasquez identified ZARATE in a photo lineup as the driver of maroon vehicle.